IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NICHOLAS WARD,

      Plaintiff,

v.                                                             No. 1:24-cv-00946-JMC-JMR

INTERNATIONAL ALLIANCE OF
THEATRICAL STAGE EMPLOYEES,
IATSE LOCAL 48, and
HAILEY ROY,

      Defendants.

## FINAL JUDGMENT

      Pursuant to Fed. R. Civ. P. 58(a), and consistent with the parties' Amended Stipulation of Dismissal with Prejudice,

      **IT IS ORDERED** that this case is **DISMISSED with prejudice.**

                                                /s/ Joel M. Carson III
                                                **JOEL M. CARSON III**
                                                **UNITED STATES CIRCUIT JUDGE**
                                                **Sitting by Designation**